FILED

JAN 09 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Brenda Gaines Hunter
429 12th Street, #425
Sacramento, CA 95814
916-304-2320
bgaineshunter@yahoo.com

Brenda Gaines Hunter, PRO SE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brenda Gaines Hunter<br><br>Plaintiff(s),<br><br>vs.<br><br>Crystal Noel Carter, M.D.; Mark W. Hawk, M.D.; The Permanente Medical Group, Inc.; Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals<br><br>Defendant(s). | Case No.: 2:25-cv-02076-DAD-AC (PS)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>DATE: January 28, 2026<br>TIME: 10 am<br>DEPT:<br><br>Magistrate: HON. Allison Claire<br>Judge: HON. Dale Drozd<br><br>Action Filed: Sept 26, 2025<br>Trial Date: Unassigned |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

**IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**I. REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff Brenda Gaines Hunter, proceeding pro se, respectfully requests that the Court take judicial notice of the following matters contained in the official record of this action:

1. The Court's Order dated December 23, 2025 (ECF No. 17):
   In this Order, the Court granted Plaintiff's Motion for Extension of Time to Serve Defendant Mark W. Hawk, M.D., and authorized substitute service.
2. Executed Waivers of Service Filed by Four Defendants:
   The Court's docket reflects that Defendants Carter, The Permanente Medical Group, Inc., Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals each executed and returned waivers of service.
3. The Absence of a Waiver of Service by Defendant Mark W. Hawk, M.D.:
   Unlike the other Defendants, Defendant Mark W. Hawk, M.D., did not execute or return a waiver of service, which resulted in Plaintiff filing a Motion for Extension of Time and Alternate Service.

## II. LEGAL BASIS AND RELEVANCE

Under Federal Rule of Evidence 201(b), a court may take judicial notice of facts that are not subject to reasonable dispute because they are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned, including the court's own records.

See *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004).

The foregoing facts are relevant to the Court's consideration of Defendants' Motion to Dismiss and Reply Brief, which repeatedly rely on the procedural status of Defendant Mark W. Hawk, M.D. Judicial notice of the Court's December 23, 2025 Order and the

service record clarifies the procedural posture reflected on the docket and establishes that Plaintiff acted pursuant to Court authorization in addressing service issues.

Plaintiff does not request that the Court take judicial notice of disputed facts or draw inferences from these matters, but only that the Court recognize the existence and contents of its own records and filings.

Dated: January 9, 2026

Sacramento, California



Brenda Gaines Hunter

Plaintiff, Pro Se

## DECLARATION OF BRENDA GAINES HUNTER

I, BRENDA GAINES HUNTER, declare as follows:

1. I am the Plaintiff in the above-entitled action and am proceeding pro se.
2. I make this declaration in support of my Request for Judicial Notice.
3. On or about December 8, 2025, four of the five Defendants in this action returned executed Waivers of Service.
4. Defendant Mark W. Hawk, M.D., did not return an executed waiver of service.
5. As a result, I filed a Motion for Extension of Time and Alternate Service, which this Court granted on December 23, 2025 (ECF No. 17).
6. I am currently in the process of completing alternate service as authorized by the Court and within the time permitted by the Court's Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 9, 2026 at Sacramento, California

Brenda Gaines Hunter

Plaintiff, Pro Se

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

The Court, having considered Plaintiff's Request for Judicial Notice, and good cause appearing therefrom, hereby **GRANTS** the Request.

Pursuant to Federal Rule of Evidence 201, the Court takes judicial notice of:

1. The Court's Order dated December 23, 2025 (ECF No. 17); and
2. The fact that while four Defendants executed waivers of service, Defendant Mark W. Hawk, M.D., did not.

IT IS SO ORDERED.

Dated: ____________________

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am over the age of eighteen and a party to this action. My address is 429 12th Street, Apt 425, Sacramento, CA 95814.

On January 8, 2026 I served the foregoing document(s) entitled:

(1) PLAINTIFF'S NOTICE OF ERRATA

by the following method:

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California.

**[X] BY ELECTRONIC MAIL (E-MAIL):** Pursuant to the Court's Order dated December 23, 2025 (ECF No. 17), I transmitted a true and correct PDF copy of the above-listed document(s) via electronic mail to the following counsel of record at the email addresses listed below

- S. Bradford Harper — harper@rankinlaw.com
- Bryce Gray — gray@rankinlaw.com
- Daniel McPherson — mcpherson@rankinlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 8, 2026 at Sacramento, California.

**Brenda Gaines Hunter**

Plaintiff, Pro Se