FILED

MAR 12 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Brenda Gaines Hunter
429 12th Street, #425
Sacramento, CA 95814
916-304-2320
bgaineshunter@yahoo.com

Brenda Gaines Hunter, IN PRO PER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brenda Gaines Hunter<br><br>Plaintiff(s),<br><br>vs.<br><br>Crystal Noel Carter, M.D.; Mark W. Hawk, M.D.; The Permanente Medical Group, Inc.; Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals<br><br>Defendant(s). | Case No.: 2:25-cv-02076-DAD-AC (PS)<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT MARK W. HAWK, M.D.'S MOTION TO DISMISS**<br><br>DATE: April 8, 2026<br>TIME: 10 a.m.<br>DEPT:<br><br>Magistrate: HON. Allison Claire<br>Judge: HON. Dale A. Drozd<br><br>Action Filed: Sept 26, 2025<br>Trial Date: Unassigned |

# NOTICE OF ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT MARK W. HAWK, M.D.'S MOTION TO DISMISS

Plaintiff Brenda Gaines Hunter respectfully submits this Notice of Errata regarding her Opposition to Defendant Mark W. Hawk, M.D.'s Motion to Dismiss, filed on March 3, 2026.

After filing the Opposition, Plaintiff located the United States Postal Service certified mail receipt corresponding to the mailing of the California Code of Civil Procedure §364 notice referenced in the Opposition.

The receipt was inadvertently omitted from the exhibits accompanying the Opposition.

This filing does not alter the substance of Plaintiff's Opposition or the arguments presented therein. The purpose of this Notice is solely to supplement the record with the previously omitted receipt.

The USPS receipt is attached hereto as:

Exhibit A-1 – USPS Certified Mail Receipt (364 Notice)

Dated: Mar 3, 2026

Respectfully submitted,

Brenda Gaines Hunter
Plaintiff, Pro Se

# Proof of Service

I, Brenda Gaines Hunter, certify that on March 12, 2026, I served the foregoing Notice of Errata to Plaintiff's Opposition to Defendant Mark W. Hawk, M.D.'s Motion to Dismiss by email on counsel for Defendants at the following addresses:

Bryce Gray – gray@rankinlaw.com

S. Bradford Harper – harper@rankinlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 12, 2026

Sacramento, California

Brenda Gaines Hunter

Plaintiff, Pro Se

# EXHIBIT A-1

Exhibit A-1: USPS 364 Letter Receipts, 12/1/2023

7022 3330 0001 7735 1998

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Sacramento, CA 95826

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0824 |
| $3.55 | 19 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | DEC - 1 2023 |
| ☐ Adult Signature Required $ $0.00 | SACRAMENTO |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $2.31 | 12/01/2023 |
| Total Postage and Fees $ $10.21 | |

Sent To: Crystal N. Carter, M.D.
Street and Apt. No., or PO Box No.: 2345 Fair Oaks Blvd, Adult Med., 1st Flr
City, State, ZIP+4®: Sac, CA 95825

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 3330 0001 7735 2001

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Oakland, CA 946..

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0824 |
| $3.55 | 19 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | DEC - 1 2023 |
| ☐ Adult Signature Required $ $0.00 | SACRAMENTO |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $2.31 | 12/01/2023 |
| Total Postage and Fees $ $10.21 | |

Sent To: Karen A. Hall, Permanente Med Group
Street and Apt. No., or PO Box No.: 1950 Franklin St, #20th Flr
City, State, ZIP+4®: Oakland, CA 94612

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions