UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GAINES HUNTER,<br>Plaintiff,<br>v.<br>CRYSTAL NOEL CARTER M.D., MARK HAWK M.D., PERMANENTE MEDICAL GROUP, KAISER FOUNDATION HEALTH PLAN, INC., AND KAISER FOUNDATION HOSPITAL,<br>Defendants. | No. 2:25-cv-02076-DAD-AC PS<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO DISMISS, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND</u><br>(Doc. Nos. 18, 30, 42) |

Plaintiff Brenda Gaines Hunter is proceeding *pro se* in the above-captioned civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motions to dismiss (Doc. Nos. 18, 30) should be granted and this action be dismissed without further leave to amend. (Doc. No. 42.) Specifically, the magistrate judge concluded that: (1) plaintiff's claims six and seven, brought pursuant to 42 U.S.C. § 1983, failed to state a claim upon which relief may be granted because the named defendants were all private actors and none were acting under color of state law; (2) plaintiff's claim five failed to state a cognizable RICO claim or any federal civil rights claim; (3) leave to amend as to plaintiff's federal claims should be denied as futile in light of the incurable deficiency of those

claims; and (4) the court should decline to exercise supplemental jurisdiction over plaintiff's state law claims (claims one through four and eight) in light of the dismissal of all federal claims. (*Id.* at 10–15.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 15.) On August 31, 2026, the court received plaintiff's objections to the pending findings and recommendations. (Doc. No. 43.) On September 14, 2026, defendants filed a response to plaintiff's objections. (Doc. No. 44.)

In her objections plaintiff appears to focus primarily on the recommendation that her claim five asserting a RICO violation be dismissed, arguing that she has adequately alleged fraud. (Doc. No. 43.) The argument is unpersuasive for the reasons explained in the pending findings and recommendations. (*See* Doc. No. 42 at 12–13 & n. 2.) The court has reviewed plaintiff's objections in their entirety and concludes that nothing set forth therein provides a reasoned basis upon which to reject the thorough findings and recommendation pending before the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 26, 2026 (Doc. No. 42) are adopted in full;
2. Defendants' motions to dismiss (Doc. Nos. 18, 30) are granted and plaintiff's complaint is dismissed without leave to amend and without prejudice to plaintiff bringing her state law claims in an action filed in state court; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE